# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DRIVE TIME AUTOMOTIVE, INC., | |
| Plaintiff, | 2:14-cv-00782-RCJ-VCF |
| vs. | **MINUTE ORDER** |
| MARLON DEGUZMAN, *et al.,* | |
| Defendants. | |

Before the court is Defendant Texas Fine Cars, Inc.'s Motion to Appear Telephonically (#47). Reza Steve Poury on behalf of Defendant Texas Fine Cars, Inc. seeks to appear telephonically at the 3:00 p.m., April 13, 2015 hearing. *Id.* Defendant has given sufficient reason to appear telephonically.

Accordingly,

IT IS HEREBY ORDERED that Defendant Texas Fine Cars, Inc.'s Motion to Appear Telephonically (#47) is GRANTED. Reza Steve Poury on behalf of Defendant Texas Fine Cars, Inc. may appear telephonically at the 3:00 p.m., April 13, 2015 hearing. The conference telephone number is (702) 868-4911, access code: 123456. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 7th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE