**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
E-mail: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (702) 382-1661
*Attorneys for DriveTime Automotive, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DRIVETIME AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARLON DEGUZMAN, an individual;<br>SHAKER RADWAN, an individual;<br>K & S AUTO SALES, INC., a California corporation; TEXAS FINE CARS, INC., a Texas corporation; CAR SHOW MOTORS, a California entity; and DEMETRI JONY (d/b/a Car Show Motors), an individual,<br><br>Defendants. | CASE NO. 2:14-cv-00782-RFB-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DriveTime Automotive, Inc. and Defendants Shaker Radwan, K & S Auto Sales, Inc., Texas Fine Cars, Inc., Car Show Motors, and Demetri Jony (d/b/a Car Show Motors) hereby stipulate to the dismissal of all claims between them with prejudice. Each party shall bear its own attorney's fees and costs

. . .

. . .

. . .

incurred in connection with the above-referenced matter.

DATED this 7th day of June, 2019.

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder

MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
*Attorneys for Drive Time Automotive, Inc.*

DATED this 6th day of June, 2019.

PATRICIA A. MARR, LTD.

/s/Patricia A. Marr

PATRICIA A. MARR
Nevada Bar No. 8846
2470 St. Rose Parkway, Ste. 304
Henderson, Nevada 89074
Tel: (702) 353-4225
*Attorneys for Defendants Shaker Radwan, K&S Auto Sales, Inc., Texas Fine Cars, Inc., Car Show Motors, and Demetri Jony*

## ORDER

Based upon the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that all claims between DriveTime Automotive, Inc. and Defendants Shaker Radwan, K & S Auto Sales, Inc., Texas Fine Cars, Inc., Car Show Motors, and Demetri Jony (d/b/a Car Show Motors) shall be dismissed with prejudice. Each party shall bear its own attorney's fees and costs incurred in connection with the above-referenced matter.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of June, 2019.