DICKINSON WRIGHT PLLC
MICHAEL N. FEDER
Nevada Bar No. 7332
E-mail: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (702) 382-1661
*Attorneys for DriveTime Automotive, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DRIVETIME AUTOMOTIVE, INC., | CASE NO. 2:14-cv-00782-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MARLON DEGUZMAN, an individual; SHAKER RADWAN, an individual; K & S AUTO SALES, INC., a California corporation; TEXAS FINE CARS, INC., a Texas corporation; CAR SHOW MOTORS, a California entity; and DEMETRI JONY (d/b/a Car Show Motors), an individual, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DriveTime Automotive, Inc. and Defendant Marlon DeGuzman hereby stipulate to the dismissal of all claims between them with prejudice. Each party shall bear its/his own attorney's fees and costs incurred in connection

. . .

. . .

. . .

. . .

with the above-referenced matter.

DATED this 18th day of June, 2019.    DATED this 18th day of June, 2019.

DICKINSON WRIGHT PLLC                  CANON LAW SERVICES, LLC

_____        _____
MICHAEL N. FEDER                       MARK R. SMITH
Nevada Bar No. 7332                    Nevada Bar No. 11872
GABRIEL A. BLUMBERG                    410 S. Rampart Blvd., Suite 390
Nevada Bar No. 12332                   Las Vegas, Nevada 89145
8363 West Sunset Road, Suite 200       Tel: (702) 726-6777
Las Vegas, Nevada 89113-2210           *Attorneys for Defendant Marlon DeGuzman*
Tel: (702) 382-4002
*Attorneys for Drive Time Automotive, Inc.*

## ORDER

Based upon the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that all claims between DriveTime Automotive, Inc. and Defendant Marlon DeGuzman shall be dismissed with prejudice. Each party shall bear its/his own attorney's fees and costs incurred in connection with the above-referenced matter.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of June, 2019.